ROBERT PARKS (SBN 103014)
robert.parks@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:   619 239 8700
Fax:            619 702 3898

Attorneys for Defendant IVANKA TRUMP MARKS II LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>GILL LEATHER FASHIONS, INC., a New York Corporation; IVANKA TRUMP MARKS II LLC., a New York Limited Liability Company; THE TJX COMPANIES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:17-cv-1287-FMO-JEM<br><br>**IVANKA TRUMP MARKS II LLC'S ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant IVANKA TRUMP MARKS II LLC ("Defendant"), by and through its undersigned counsel, for its Answer to the Complaint filed on February 16, 2017 (the "Complaint") by UNICOLORS, INC. ("Plaintiff"), responds as follows:

## INTRODUCTION

To the extent a response is required to the allegations set forth in the introduction, Defendant lacks information sufficient to form a belief as to the facts alleged, and on that basis, Defendant denies them.

## JURISDICTION AND VENUE

1.     The allegations in paragraph 1 of the Complaint state a legal conclusion to which no response is required.

2.     The allegations in paragraph 2 of the Complaint state a legal conclusion to which no response is required.

3.     The allegations in paragraph 3 of the Complaint state a legal conclusion to which no response is required. To the extent a response is required, Defendant does not admit that venue before this Court is proper.

## PARTIES

4.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 4 of the Complaint, and on that basis, Defendant denies them.

5.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 5 of the Complaint, and on that basis, Defendant denies them.

6.     Defendant denies the allegations set forth in paragraph 6 of the Complaint.  Defendant IVANKA TRUMP MARKS II LLC is a limited liability company organized and existing under the laws of Delaware and is registered as a foreign limited liability company in the state of New York.

7.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 7 of the Complaint, and on that basis, Defendant denies them.

- 1 -

8.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 8 of the Complaint, and on that basis, Defendant denies them.

9.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 9 of the Complaint, and on that basis, Defendant denies them.

10.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 10 of the Complaint, and on that basis, Defendant denies them.

11.     Defendant denies the allegations in paragraph 11 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 11 of the Complaint, and on that basis, Defendant denies them.

## CLAIMS RELATED TO THE DESIGN

12.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 12 of the Complaint, and on that basis, Defendant denies them.

13.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 13 of the Complaint, and on that basis, Defendant denies them.

14.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 14 of the Complaint, and on that basis, Defendant denies them.

15.     Defendant denies the allegations in paragraph 15 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 15 of the Complaint, and on that basis, Defendant denies them.

16.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 16 of the Complaint, and on that basis, Defendant denies them.

17.     Defendant lacks information sufficient to form a belief as to the facts alleged in paragraph 17 of the Complaint, and on that basis, Defendant denies them.

18.     Defendant denies that Defendant purchased, sold, marketed, advertised, manufactured, caused to be manufactured, imported and/or distributed fabric and/or

1   garments comprised of fabric featuring a design which is identical, or substantially

2   similar to, the Subject Design.  Defendant lacks information sufficient to form a

3   belief as to the remaining factual allegations in paragraph 18 of the Complaint, and

4   on that basis, Defendant denies them.

5          19.     Defendant denies the allegations set forth in paragraph 19.

6          20.     Defendant lacks information sufficient to form a belief as to the facts

7   alleged in paragraph 20 of the Complaint, and on that basis, Defendant denies them.

8          21.     Defendant lacks information sufficient to form a belief as to the facts

9   alleged in paragraph 21 of the Complaint, and on that basis, Defendant denies them.

10          22.     Defendant lacks information sufficient to form a belief as to the facts

11   alleged in paragraph 22 of the Complaint, and on that basis, Defendant denies them.

12                **ANSWER TO FIRST CLAIM FOR RELIEF**

13          23.     Defendant realleges and incorporates here by this reference each of its

14   responses in paragraphs 1 through 22, inclusive, of the Complaint, as set forth above.

15          24.     Defendant denies the allegations in paragraph 24 of the Complaint as to

16   Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information

17   sufficient to form a belief as to the remaining facts alleged in paragraph 24 of the

18   Complaint, and on that basis, Defendant denies them.

19          25.     Defendant denies the allegations in paragraph 25 of the Complaint as to

20   Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information

21   sufficient to form a belief as to the remaining facts alleged in paragraph 25 of the

22   Complaint, and on that basis, Defendant denies them.

23          26.     Defendant denies the allegations in paragraph 26 of the Complaint as to

24   Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information

25   sufficient to form a belief as to the remaining facts alleged in paragraph 26 of the

26   Complaint, and on that basis, Defendant denies them.

27

28

IVANKA TRUMP MARKS II LLC'S ANSWER          Case No. 2:17-cv-1287-FMO-JEM

27.     Defendant denies the allegations in paragraph 27 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 27 of the Complaint, and on that basis, Defendant denies them.

28.     Defendant denies the allegations in paragraph 28 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 28 of the Complaint, and on that basis, Defendant denies them.

29.     Defendant denies the allegations in paragraph 29 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.  Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 29 of the Complaint, and on that basis, Defendant denies them.

## ANSWER TO SECOND CLAIM FOR RELIEF

Defendant realleges and incorporates here by this reference each of its responses in paragraphs 1 through 29, inclusive, of the Complaint, as set forth above.

30.     Defendant denies the allegations in paragraph 30 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.   Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 30 of the Complaint, and on that basis, Defendant denies them.

31.     Defendant denies the allegations in paragraph 31 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.   Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 31 of the Complaint, and on that basis, Defendant denies them.

32.     Defendant denies the allegations in paragraph 32 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.   Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 32 of the Complaint, and on that basis, Defendant denies them.

33.     Defendant denies the allegations in paragraph 33 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.    Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 33 of the Complaint, and on that basis, Defendant denies them.

34.     Defendant denies the allegations in paragraph 34 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.    Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 34 of the Complaint, and on that basis, Defendant denies them.

## ANSWER TO THIRD CLAIM FOR RELIEF

35.     Defendant realleges and incorporates here by this reference each of its responses in paragraphs 1 through 34, inclusive, of the Complaint, as set forth above.

36.     Defendant denies the allegations in paragraph 36 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.    Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 36 of the Complaint, and on that basis, Defendant denies them.

37.     Defendant denies the allegations in paragraph 37 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.    Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 37 of the Complaint, and on that basis, Defendant denies them.

38.     Defendant denies the allegations in paragraph 38 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.    Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 38 of the Complaint, and on that basis, Defendant denies them.

39.     Defendant denies the allegations in paragraph 39 of the Complaint as to Defendant IVANKA TRUMP MARKS II LLC.    Defendant lacks information sufficient to form a belief as to the remaining facts alleged in paragraph 39 of the Complaint, and on that basis, Defendant denies them.

IVANKA TRUMP MARKS II LLC'S ANSWER                Case No. 2:17-cv-1287-FMO-JEM

## GENERAL DENIAL

Defendant denies each and every allegation contained in the Complaint that is not hereinabove expressly admitted and Defendant further denies that Plaintiff is entitled to any relief or recovery whatsoever from Defendant in this case.

## AFFIRMATIVE AND OTHER DEFENSES

Without admitting any of the allegations of the Complaint and without admitting or suggesting that Defendant bears the burden of proof on any of the following issues, as separate and independent defenses and/or affirmative defenses, Defendant states as follows:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over Defendant.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, implied license, unclean hands, and/or laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover as Plaintiff heretofore waived, licensed, abandoned or forfeited any rights previously held under the Copyright Act.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to equitable relief, as it has misused its copyrights and wrongfully attempted to extend the scope of the limited rights granted by the Copyright Act.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to equitable relief, as it is guilty of conduct directly related to the merits of the controversy between the parties, sufficient to affect the

- 6 -

equitable relations between the parties, and sufficient to invoke the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

The subject copyright registration (No. VA 1-770-440) is invalid because, *inter alia*, the several individual putative works of authorship made the subjects of that registration were not all first published as a collective work, as claimed by Plaintiff.

## RESERVATION OF RIGHTS

The foregoing affirmative defenses are raised by Defendant without waiver of any other defenses that may be available or determined after discovery and investigation is undertaken. Defendant gives notice that it intends to rely upon any defenses available, and reserves the right to assert any other additional defenses that may become available or apparent at any time during the pendency of these proceedings.

**WHEREFORE,** Defendant requests entry of judgment dismissing the Complaint and all claims with prejudice, that Defendant be reimbursed for its costs and attorneys' fees incurred in this lawsuit, and asks that the Court grant such other and further relief as may be just and proper.

Dated:  May 4, 2017                  BUCHANAN INGERSOLL & ROONEY LLP

                                     By: /s/ Robert Parks_____
                                     Robert Parks, Esq.
                                     Attorneys for Defendant
                                     IVANKA TRUMP MARKS II LLC

IVANKA TRUMP MARKS II LLC'S ANSWER          Case No. 2:17-cv-1287-FMO-JEM