ROBERT PARKS (SBN 103014)
robert.parks@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:   619 239 8700
Fax:              619 702 3898

Attorneys for Defendant IVANKA TRUMP MARKS II LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GILL LEATHER FASHIONS, INC., a New York Corporation; IVANKA TRUMP MARKS II LLC., a New York Limited Liability Company; THE TJX COMPANIES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:17-cv-1287-FMO-JEM<br><br>**DEFENDANT IVANKA TRUMP MARKS II LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br>**[FRCP 7.1, LOCAL RULE 7.1-1]** |

Defendant IVANKA TRUMP MARKS II LLC ("Trump Marks"), by and through its undersigned counsel, hereby submits the following corporate disclosure statement and certification of interested parties pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1:

## **CORPORATE DISCLOSURE STATEMENT**

Trump Marks has no parent corporation and no publicly held corporation owns 10% or more of its stock.

## **CERTIFICATION AS TO INTERESTED PARTIES**

The undersigned, counsel of record for Trump Marks, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| UNICOLORS, INC. | Plaintiff |
| THE TJX COMPANIES, INC. | Defendant |
| TRUMP MARKS | Defendant |
| GILL LEATHER FASHIONS, INC. | Defendant |
| G-III LEATHER FASHIONS, INC. | Defendant |

Dated: May 4, 2017

BUCHANAN INGERSOLL & ROONEY LLP

By: /s/ Robert Parks_____
Robert Parks, Esq.
Attorneys for Defendant
IVANKA TRUMP MARKS II LLC